CHRISTOPHER D. WALLACE, Respondent, *v.* ARTHUR LEARY, Appellant.

(Argued May 1, 1872; decided May 3, 1872.)

*Amasa J. Parker* for the appellant.

*James M. Smith* for the respondent.

Agree to affirm, after deducting forty dollars, with costs to respondent. No opinion.

Judgment accordingly.